1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 26CR402-TWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DETENTION ON** |
| v. | ) | **DEFENDANT'S WAIVER OF BAIL** |
| | ) | **PENDING TRIAL** |
| | ) | |
| **Poly Atunez** | ) | |
| Defendant. | ) | |
| | ) | |

    In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled on February 17, 2026 before Honorable Daniel E. Butcher, to determine whether the Defendant should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.

    At the hearing, the Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court ORDERS that the Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the Defendant for such relief.

# **O R D E R**

  **IT IS FURTHER ORDERED** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

  While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

  This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

  **IT IS SO ORDERED.**

Dated: 02/17/2026

_____
DANIEL E. BUTCHER
United States Magistrate Judge