ADAM GORDON
United States Attorney
JOSHUA C. MELLOR
California Bar No. 255870
ASHLEY E. GOFF
California Bar No. 299737
PETER S. HORN
California Bar No. 321358
New York Bar No. 5333653
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: 619-546-9733/9735/6795
joshua.mellor@usdoj.gov
ashley.goff@usdoj.gov
peter.horn@usdoj.gov

Attorneys for the United States Of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>POLY ANTUNEZ (1),<br>ANTONIO QUINONES (2),<br>JOVANNY ENRIQUEZ (3),<br><br>Defendants. | Case No.  26-cr-0402-TWR<br><br>**RULE 16.1 STATUS REPORT**<br><br>DATE:      March 13, 2026<br>TIME:       1:30 p.m. |
|---|---|

The United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Joshua C. Mellor, Ashley E. Goff, and Peter Horn, Assistant U.S. Attorneys, hereby files its' Rule 16.1 Status Report.

**I.  STATEMENT**

On February 10, 2026, a federal grand jury in the Southern District of California returned an indictment charging Defendants Poly Antunez, Antonio Quinones, and Jovanny Enriquez with Conspiracy to Commit Murder in Aid of Racketeering Activity, in violation of Title 18, United States Code, Section 1959(a)(5); Attempted Murder in Aid of

Racketeering (2 counts), in violation of Title 18, United States Code, Section 1959(a)(5); Assault with a Dangerous Weapon in Aid of Racketeering (2 counts), in violation of Title 18, United States Code, Section 1959(a)(3); Conspiracy to Commit Murder-for-Hire; in violation of Title 18, United States Code, Section 1958(a); and Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, in violation of Title 18, United States Code, Section 1958(a). *See* ECF No. 1. On February 11, 2026, Defendant Antonio Quinones was arrested. ECF No. 6. On February 12, 2026, Defendant Jovanny Enriquez was arrested. Both Quinones and Enriquez were arraigned on February 12, 2026. ECF No. 14. Defendant Antunez was in federal custody on another matter and was arraigned on February 17, 2026. ECF No. 21-22. The Defendants have pled not guilty. ECF No. 14, 22. Defendant Antunez filed a Motion for Discovery on February 23, 2026. ECF No. 35. A motion hearing/trial setting is currently set for March 13, 2026 at 1:30 p.m. before the Honorable Todd W. Robinson, United States District Judge, Southern District of California.

## II.     RULE 16.1 STATUS REPORT

Pursuant to Rule 16.1 and Local Rule 16.1a, the parties have met in person and over the telephone and email and have discussed the status of discovery and plea negotiations.

The United States has and will continue to produce an extensive amount of discovery in this case. To date, the Government has produced 789 gigabytes of data, 393,634 files, and 2,806 folders of material. This discovery has and will continue to include, among other things, search warrant returns, cellular telephone downloads, recordings of interviews, photographs, videos, voice notes, reports, financial documents, and many other types of material. The Government will continue to provide additional discovery (if it exists) on a rolling basis and as quickly as possible.

DATED: March 10, 2024                           Respectfully submitted,

                                                ADAM GORDON
                                                United States Attorney

                                                *s/ Joshua C. Mellor*
                                                JOSHUA C. MELLOR
                                                Assistant U.S. Attorney

*Rule 16.1 Status Report*                       2